Clerk
Twelfth Court of Appeals
1517 West Front Street
Suit 354
Tylor Tx

FILE TWELFTH COURT OF APPEALS
12. Court of Appeals District

APR 24 2015

TYLER TEXAS
CATHY S. LUCK, CLERK

April-20-2015

Dear Clerk

Would you please make copys and present it to Michael .J. West. I do not have Anymore stamp. Im insent And I can't make Copys at this time

Thank you
for your
time in this
matter

TWELFTH Court of Appeal

Jody Ford McCreary -v- Hon. Kerry L Russel
7th District Court
Cause Number 12-15-00067-CR
Trial Court Cause NO 007-1110-10

FILED IN COURT OF APPEALS
12th Court of Appeals District
APR 24 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Motion for Extention of time to file
a Motion for Rehearing of Petition for
A Writ of Mandamus with Appendix
And the Record.

Now Come Relator Jody Ford McCreary
and filed this his pro se Motion for
Extention of time to file a
Motion for Rehearing of Petition for
A Writ of Mandamus.

Relator Request the 12th Court of
Appeal 60 days Extention to file a
Motion for Rehearing. Relator, was
moved to another prison Unit, Michael
Unit 2664. F.M 2054 Tennessee Colong Tx
75866. All of Relator, property is at
the Ellis unit. Relator does not
have his property, Where Relator can
produce the record.

Ellis Unit is to transport Relator proports to Micheal Unit. Relator, respectfully ask the 12th Court of Appeal 60 days Extention to file a Motion for Rehearing With appendix and the record, Where the 12th Court of Appeal Can determine Bett Relator Mandamus relief,

## PRAYER

There Fore Relator pray the Court of Appeal that this Motion for Extention of time to file a Motion for Rehearing of Petition for A Writ of Mandamas With appendix And the record Will be Granted

Respectfully
Submitted

Jody Ford MC)

Jody Ford McCrear
1694118 Michael
Unit 2664 F.M 2054
Tennessee Culons
Tx 75866



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

## TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

March 25, 2015

Mr. Michael J. West
Assistant District Attorney
4th Floor, Courthouse
100 North Broadway
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

Judge Kerry L. Russell
7th District Court
203 Courthouse
100 N. Broadway Ave.
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

Jody Ford McCreary
#1694118
Ellis Unit
1697 FM 980
Huntsville, TX 77343

**RE:**  Case Number:            12-15-00067-CR
      Trial Court Case Number:   007-1110-10

**Style:**  In Re: Jody Ford McCreary

Enclosed is a copy of the Memorandum Opinion issued this date in the above styled and numbered cause. Also enclosed is a copy of the court's judgment.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
      Katrina McClenny, Chief Deputy Clerk

CC:    Hon. Mary L. Murphy (DELIVERED VIA E-MAIL)
       Ms. Lois Rogers (DELIVERED VIA E-MAIL)

**TWELFTH COURT OF APPEALS**
1517 WEST FRONT STREET
SUITE 354
TYLER, TEXAS 75702

4D10B



JODY FORD MCCREARY
#164118
Michael Unit
2664 FM 2054
Tennessee Colony, Tx 75866





UNITED STATES POSTAGE
PITNEY BOWES

02 1P $ 000.48⁰
0003189939 MAR 25 2015
MAILED FROM ZIP CODE 75702